IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TYRONE NUNN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:11cv113-ID |
| v. | ) | |
| | ) | (WO) |
| MYRON H. THOMPSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #3), and plaintiff's Objection, (Doc. #4). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection (Doc. #4) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #3) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. The plaintiff's case be dismissed without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 23rd day of March, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE